TRULINCS 50398054 - LEWIS, MARTIN - Unit: EDG-C-C

---

FROM: 50398054
TO:
SUBJECT: Compassionate Release Motion
DATE: 05/08/2023 08:19:43 PM

UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

Martin G. Lewis
Defendant

v

United States of America
Plaintiff

CASE No. 1:00-cr-01118-JSR

Defendant's Supplement to Motion for Compassionate Release Pursuant to 18 U.S.C. 3582(c)(1)(A) as amended by the First Step Act of 2018.

Comes Now Martin Lewis the "Defendant", Pro Se, and respectfully moves the Court to supplement his Motion for Compassionate Release pursuant to 18 U.S.C. 3582 (c)(1)(A) as amended by the First Step Act of 2018.

BACKGROUND

Defendant recently filed a Compassionate Release Motion with the Court, pursuant to 18 U.S.C. 3582(c)(1)(A) as amended by the First Step Act of 2018.

He respectfully comes here and asks the Court for leave to file this supplemental document in support of his Motion.

SUPPLEMENTAL FACTS

A. PROSTATE

On the evening of April 25, 2023, Defendant was put into the Segregated Housing Unit ("S.H.U."), to await a trip to the Urologists' the following day. The next morning, Defendant was taken from the S.H.U. to R & D at approximately 10:30 a.m., told to dress out and get ready to leave the Compound. One of the accompanying officers informed Defendant that they were running very late as the officer who was supposed to drive to the Urologists' (Officer. Thorpe) had gone missing and needed to be replaced.

As they finally left the compound, one of the officers thought to call ahead to the Urology Department, to tell them about the delay. When he spoke to someone he was told it was too late, they had missed the appointment and it would have to be rescheduled.

As of May 8, 2023 there has been no subsequent appointment.

B. EYES

On or around April 28, 2023, Defendant noticed that he was starting to experience severe vertigo, anytime he tried to walk or turn his head. This, along with his chronic knee pain and instability, was making it hard to navigate the compound. He schedule a sick call and on May 4th was finally able to attend. He was examined by a P.A. who told him that his blood pressure and heart rate were normal, no headaches or ringing in his ears. The P.A.'s diagnosis was that the problem was most likely related to Defendant's glasses, which are over 9 years old. He scheduled Defendant to see his Care Provider. As of May 8th this has still not happened. As stated in his previous motion, he has not seen an eye doctor in 9 years (3 different institutions. He has seen an optomologist, but they cannot prescribe glasses).

CONCLUSION

TRULINCS 50398054 - LEWIS, MARTIN - Unit: EDG-C-C

----------------------------------------------------------------------------------------

Defendant is being forced, to wait on vital treatment to possibly prevent/treat prostrate cancer and, in addition, to not wear his glass, which makes life, and movement, in and around the compound extremely difficult.

Defendant Prays That After Considering The Reasons Above The Court Will Grant The Requested Relief And/Or Any And All Relief The Court Deems Equitable.

Respectfully submitted on 5-11-23.

*Martin G. Lewis*
Martin G. Lewis
Reg. No. 50398-054
FCI Edgefield
P.O. Box 725
Edgefield, SC 29824

TRULINCS 50398054 - LEWIS, MARTIN - Unit: EDG-C-C

---

FROM: 50398054
TO:
SUBJECT: Compassionate Release Motion
DATE: 05/08/2023 08:19:43 PM

UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

Martin G. Lewis
Defendant

v

United States of America
Plaintiff

CASE No. 1:00-cr-01118-JSR

Defendant's Supplement to Motion for Compassionate Release Pursuant to 18 U.S.C. 3582(c)(1)(A) as amended by the First Step Act of 2018.

Comes Now Martin Lewis the "Defendant", Pro Se, and respectfully moves the Court to supplement his Motion for Compassionate Release pursuant to 18 U.S.C. 3582 (c)(1)(A) as amended by the First Step Act of 2018.

BACKGROUND

Defendant recently filed a Compassionate Release Motion with the Court, pursuant to 18 U.S.C. 3582(c)(1)(A) as amended by the First Step Act of 2018.

He respectfully comes here and asks the Court for leave to file this supplemental document in support of his Motion.

SUPPLEMENTAL FACTS

A. PROSTATE

On the evening of April 25, 2023, Defendant was put into the Segregated Housing Unit ("S.H.U."), to await a trip to the Urologists' the following day. The next morning, Defendant was taken from the S.H.U. to R & D at approximately 10:30 a.m., told to dress out and get ready to leave the Compound. One of the accompanying officers informed Defendant that they were running very late as the officer who was supposed to drive to the Urologists' (Officer. Thorpe) had gone missing and needed to be replaced.

As they finally left the compound, one of the officers thought to call ahead to the Urology Department, to tell them about the delay. When he spoke to someone he was told it was too late, they had missed the appointment and it would have to be rescheduled.

As of May 8, 2023 there has been no subsequent appointment.

B. EYES

On or around April 28, 2023, Defendant noticed that he was starting to experience severe vertigo, anytime he tried to walk or turn his head. This, along with his chronic knee pain and instability, was making it hard to navigate the compound. He schedule a sick call and on May 4th was finally able to attend. He was examined by a P.A. who told him that his blood pressure and heart rate were normal, no headaches or ringing in his ears. The P.A.'s diagnosis was that the problem was most likely related to Defendant's glasses, which are over 9 years old. He scheduled Defendant to see his Care Provider. As of May 8th this has still not happened. As stated in his previous motion, he has not seen an eye doctor in 9 years (3 different institutions. He has seen an optomologist, but they cannot prescribe glasses).

CONCLUSION

TRULINCS 50398054 - LEWIS, MARTIN - Unit: EDG-C-C

---

Defendant is being forced, to wait on vital treatment to possibly prevent/treat prostrate cancer and, in addition, to not wear his glass, which makes life, and movement, in and around the compound extremely difficult.

Defendant Prays That After Considering The Reasons Above The Court Will Grant The Requested Relief And/Or Any And All Relief The Court Deems Equitable.

Respectfully submitted on 5-11-23.

*[signature]*
Martin G. Lewis
Reg. No. 50398-054
FCI Edgefield
P.O. Box 725
Edgefield, SC 29824



Martin G. Lewis
#50398-054
Federal Correctional Institution
Edgefield, P.O. Box 725
Edgefield, S.C. 29824

RECEIVED
SDNY PRO SE OFFICE
2023 MAY 23 AM 11: 17

United States District Court
Southern District of New York
500 Pearl St.
N.Y., New York 10007

Legal Mail 5/12/23

Federal Prison
P.O. Box 725
Edgefield, SC 29824

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the addressee.

Legal Mail