UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MARTIN LEWIS,<br><br>        Defendant. | 00-cr-1118 (JSR)<br><br>MEMORANDUM ORDER |

JED S. RAKOFF, U.S.D.J.:

After the Court issued its order denying Martin Lewis's motion for reconsideration, see 8/14/23 Mem. Order, ECF No. 843, it received a pro se letter from Mr. Lewis purporting to reply to the Government's opposition to his motion for reconsideration. Mr. Lewis's letter in no way alters the Court's decision to deny his motion for reconsideration. The Court accordingly reconfirms its prior decision denying Mr. Lewis's motion for reconsideration.

SO ORDERED.

New York, NY
December 7, 2023

                                    JED S. RAKOFF, U.S.D.J.